IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:12-00157 |
| ) | JUDGE HAYNES |
| ROBBIE EDGAR GANNON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The trial of this action is hereby set for **Tuesday, October 23, 2012, at 9:00 a.m.**

Any motion for a continuance shall be filed **at least two weeks** prior to trial and shall be supported by an affidavit stating the reasons for the continuance. A speedy trial waiver executed by the Defendant shall also accompany such motion. In addition, the motion shall set forth proposed alternative trial dates and other pretrial deadlines consistent with the Court's standard Order that are agreeable to counsel for all parties. Failure to comply with these requirements can constitute grounds to deny the motion.

Any motion requiring an evidentiary hearing shall be filed by the close of business on **Tuesday, September 11, 2012** and a response is due **two weeks thereafter**. If an evidentiary hearing is requested on a motion, counsel for the parties shall submit a proposed Agreed Order with a hearing date on a **Monday at 10:00 a.m. or 1:30 p.m. or Friday at 9:00 a.m. or 1:30 p.m., or at other time(s) the Court deem necessary.** The Court recommends that counsel suggest more than one date in the event of a conflict with the Court's calendar.

Any plea agreement shall be consummated by **12:00 p.m., Thursday, October 4, 2012,** and the Courtroom Deputy so notified. Any plea agreement shall be heard at **1:30 p.m., Friday,**

**October 5, 20120.** If the defendant does not intend to enter a plea at the initial date designated, **counsel for the defendant shall notify the Court at least three (3) days in advance to assist in the Court's calendar.** No plea agreement will be entertained unless it is in compliance with this Order. If there is a plea agreement, the United States shall submit a summary of the elements of offense(s) to which the Defendant is pleading guilty by **12:00 p.m., Friday, October 5, 2012**.

Absent a guilty plea or motion to continue the trial filed in accordance with this Order, counsel for the parties shall appear on **Friday, October 5, 2012 at 1:30 p.m.,** to discuss trial issues, including compliance with Local Rules on discovery and any major pretrial issues.

**The Court's staff is not authorized to entertain any telephonic requests for a continuance or extension of any deadlines in this Order, Notice or set by a Local Rule of Court. Such a request shall be considered only upon a motion made in open court or by a written motion of a party or joint motion of the parties.**

It is so **ORDERED**.

**ENTERED** this the 23rd day of August, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge