UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00157 |
| | ) | Chief Judge Haynes |
| ROBBIE GANNON | ) | |

MOTION TO CONTINUE

Comes now the defendant, Robbie Gannon, by and through counsel, Sumter L. Camp, and hereby moves this Honorable Court to continue the trial date in the above styled cause which is presently set for October 23, 2012. In support of this motion defendant would refer the Court to the affidavit filed herewith.

Respectfully submitted,

s/ Sumter L. Camp
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047

[Handwritten annotation: Quash the motion as moot in light of the interests of justice to allow defendant to knowingly enter a plea or in the alternative to allow defense counsel to be prepared for trial. /s/ [signature] 10-22-12]

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2012, I electronically filed the foregoing Motion to Continue with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to Honorable Clay Lee, Assistant United States Attorney, 110 9th Avenue South, Suite A961, Nashville, Tennessee 37203.

s/ Sumter L. Camp
SUMTER L. CAMP