UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:12-00157 |
| | ) Chief Judge Haynes |
| ROBBIE GANNON | ) |

**NOTICE OF WITHDRAWAL OF MOTION TO SUPPRESS AND MOTION TO STRIKE EVIDENTIARY HEARING**

The parties having reached a negotiated settlement in this matter, Defendant hereby notifies the Court that he is withdrawing the previously filed motion to suppress (D.E. 22) and moves the Court to strike the evidentiary hearing currently set for August 2, 2013.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047

[Handwritten annotation: ORDER — Based upon this notice, the motion to strike is GRANTED and the motion to suppress (D.E. 22) is DENIED as moot. /s/ [Judge] 7-31-13]

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July, 2013, I electronically filed the foregoing Notice of Withdrawal with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to Honorable Clay Lee, Assistant United States Attorney, 110 9th Avenue South, Suite A961, Nashville, Tennessee 37203.

*s/ Sumter L. Camp*
SUMTER L. CAMP